**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MODOPAYMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>VOLVO FINANCIAL SERVICES LLC,<br>A Division of VFS US LLC,<br><br>Defendant. | Civil Action No. 24-810-GBW |

**ORDER**

AND NOW, this 25th day of September, 2026, and for the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant Volvo Financial Services LLC's Motion to Partially Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), 35 U.S.C. § 101, and 17 U.S.C. §§ 101 *et seq.* (D.I. 16) is **GRANTED** with respect to Count I – Infringement of U.S. Patent No. 11,216,805, and **DENIED** with respect to Counts II-V – Direct Copyright Infringement. The Court finds that amendment would be futile as to Count I. Thus, Count I is dismissed with prejudice.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE